UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:24-cr-0160-GMN-NJK |
|---|---|
| Plaintiff, | **Order to Unseal Legal Process** |
| vs. | (Docket No. 17) |
| EFRAIN MACIAS-AMARAL, | |
| Defendant. | |

Based upon the Motion of the Government, and good cause appearing therefore, the Court finds good cause to unseal the below matters so they may be provided in discovery. Thus, the Court orders the case numbers identified below and any documentation filed therein unsealed:

| **Case Number** | |
|---|---|
| 2:24-mj-00545-EJY | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF GPS AND CELL SITE INFORMATION ON CELLULAR TELEPHONE NUMBER (702) 583-9023 |
| 2:24-mj-00577-EJY | IN THE MATTER OF THE SEARCH OF 3504 COX STREET, NORTH LAS VEGAS, COUNTY OF CLARK, STATE OF NEVADA |

| | | |
|---|---|---|
| 1 | 2:24-mj-00585-EJY | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF GPS AND CELL SITE INFORMATION ON CELLULAR TELEPHONE NUMBER (702) 517-7173 |

IT IS SO ORDERED:

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED:   August 7, 2024

2