# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>v.<br><br>EFRAIN MACIAS-AMARAL,<br><br>    Defendant(s). | Case No. 2:24-cr-00160-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 25] |

Pending before the Court is Defendant Efrain Macias-Amaral's motion to dismiss counsel. Docket No. 25. The bulk of the motion is in Spanish. The Court **ORDERS** the Office of the Federal Public Defender to file a translation of the motion by March 17, 2025. In addition, the Court **SETS** this motion for a hearing at 10:00 a.m. on March 21, 2025, in Courtroom 3C. Defendant must appear in person for the hearing.

IT IS SO ORDERED.

Dated: March 5, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1